UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-M-1020

UNITED STATES OF AMERICA )
 ) ORDER ALLOWING DISMISSAL OF
v. ) CRIMINAL INFORMATION AND
 ) WITHDRAWAL OF ARREST WARRANT
RODNEY TUCKER, JR. )

Leave of court is granted for the filing of the foregoing dismissal.

1-4-2011
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE